UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rick Shoels,                                    Civil No. 07-1137 DSD/SRN

      Plaintiff,

v.

                                                        ORDER

Richard Deters (Paralegal),

      Defendant.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 15, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Plaintiff's "Application To Proceed In Forma Pauperis," (Docket No. 2), is DENIED;

    2. Plaintiff is required to pay the full $350 filing fee for this action pursuant to 28 U.S.C. § 1915(b); and

    3. This action is summarily dismissed for lack of jurisdiction.

DATED: March 19, 2007

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court